Dismissed and Memorandum Opinion filed December 22, 2005









Dismissed and Memorandum Opinion filed December 22,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00804-CV

____________

 

OCTAVIA WILLIAMS,
Appellant

 

V.

 

KATHLEEN SOMERVILLE,
Appellee

 



 

On Appeal from County Civil Court
at Law No. 2

Harris County, Texas

Trial Court Cause No. 823,425

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed February 11,
2005.  The clerk=s record was filed on August 19,
2005.  No reporter=s record was taken.  No brief was filed.

On November 3, 2005, this Court issued an order stating that
unless appellant submitted her brief, together with a motion reasonably
explaining why the brief was late, on or before December 5, 2005, the Court
would dismiss the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).

Appellant filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed December 22, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.